**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

v.

LAUGHLIN BUILDERS, INC.,
Defendant.

05 128 S

C.A. No.

**COMPLAINT**

Introduction

1. This is an action to compel payment of contributions, interest, and penalties to an employee welfare benefit plan, pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq.

Parties and Jurisdiction

2. Plaintiff Rhode Island Plasterers' and Cements Masons' Local 40 Health and Welfare Fund ("Health and Welfare Fund") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

3. Plaintiff Rhode Island Plasterers' and Cements Masons' Local 40 Pension Fund ("Pension



1

Fund") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

4. Plaintiff Rhode Island Plasterers' and Cements Masons' Local 40 Annuity Fund ("Annuity Fund") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

5. Plaintiff Rhode Island Plasterers' and Cements Masons' Local 40 Apprenticeship Fund ("Apprenticeship Fund") is an employee welfare benefit plan within the meaning of ERISA, 29 U.S.C. §1002(1).

6. Plaintiff Donald Lavin ("Lavin") is Co-Administrator of the aforementioned Funds (collectively referred to as "the Funds").

7. Defendant Laughlin Builders, Inc., ("Laughlin Builders") was, at all relevant times, a corporation organized under the laws of State of Rhode Island, having its principal place of business in Providence, Rhode Island. Defendant has the requisite minimum contacts with the State of Rhode Island.

8. Jurisdiction is rested upon ERISA, 29 U.S.C. §1132(e).

<u>Facts</u>

9. Plaintiff Funds were established to provide various types of insurance benefits, including medical, retirement and employment training, for Rhode Island Plasterers' and Cement Masons' Local 40 ("Local 40") members. The Fund is administered by a Board of Trustees consisting of management and union trustees.

10. Insurance benefits as aforesaid are by employer contributions. The contribution rate is set by the collective bargaining agreement between Local 40 and each employer.

11. The rights and obligations of the Plaintiff Funds and each employer are set forth in the Agreement and Declaration of Trust ("Trust Agreement").

12. The Trust Agreement provides, in relevant part, that each employer shall submit timely payroll reports of contributions, promptly pay contributions, and pay penalties and interest when in default.

13. Defendant Laughlin Builders is party to a collective bargaining agreement which provides, in relevant part, that it shall comply with the terms of the Trust Agreement as aforesaid.

14. Notwithstanding the aforesaid obligations, Defendant has:

(a) Underreported hours for the period of July 1, 2000 through September 30, 2002;

(b) Failed to make timely contributions to the Funds during the period of July 1, 2000 through September 30, 2002;

(c) Otherwise failed to comply with the terms and conditions of the Trust Agreement.

15. By the aforesaid acts and omissions, Defendant has violated ERISA, 29 U.S.C. §1132(a)(3) and §1145.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that this Honorable Court:

(1) Award the Fund the following amounts:

a. the unpaid contributions;

b. interest on the unpaid contributions;

c. liquidated damages in an amount equal to the greater of interest on the unpaid contributions or 20% of the unpaid contributions;

d. all costs and reasonable attorneys' fees incurred by the Fund in connection with this action; and

(2) Order such other and further relief as this Court deems just and proper.

Dated: March 21, 2005

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel.(401) 294-4700
Fax (401) 294-4702