UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

v. C.A. No. 05-128S

LAUGHLIN BUILDERS, INC.,
Defendant.

**AFFIDAVIT IN SUPPORT OF APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.

2. The Complaint in this case was filed on March 28, 2005. Defendant was served by Constable Thomas Noury on March 29, 2005.

3. Greater than twenty (20) days have elapsed and Defendant has failed to plead or otherwise respond to the Complaint.

4. Defendant was not, at the commencement of this action, nor is Defendant now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of



6

1940; nor is Defendant an infant or incompetent.

5. Defendant has no set-offs or counterclaims against this account and, in my opinion, there is no defense to this claim or cause of action.

Dated: May 24, 2005

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens, Esq. (#6827)

Subscribed and sworn to before me this 24th day of May, 2005.

Notary Public
My commission expires on: 7/12/05

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 24 of May, 2005, to the following parties of record:

Paul Laughlin
Laughlin Builders
9 Barrett Ave.
North Providence, RI 02904