**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

v.

LAUGHLIN BUILDERS, INC.,
Defendant.

C.A. No. 05-128S

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

Now come Plaintiffs, by and through their attorney, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

DEFAULT HEREBY ENTERED

DEPUTY CLERK

DEFAULT HEREBY ENTERED:
Doreen Caldwell
DEPUTY CLERK 5/27/05

(6)

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc B. Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., St. C
North Kingstown, RI 02852
Tel. (401) 294-4700
Fax (401) 294-4702

Dated: May 24, 2005

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 24 of May, 2005, to the following parties of record:

Paul Laughlin
Laughlin Builders
9 Barrett Ave.
North Providence, RI 02904