**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | C.A. No. 05-128S |
| v. | : | |
| LAUGHLIN BUILDERS, INC., Defendant. | : | |

**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT**

Now come Plaintiffs, by and through their attorneys, and request that this Court enter judgment by default pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Judgment is sought in the amount of $31,727.48.

In support of this Motion, Plaintiffs rely upon the Affidavit of Donald Lavin and Exhibits 1 and 2, filed contemporaneously herein.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: June 2, 2005

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 14 of June, 2005, to the following parties of record:

Paul Laughlin
Laughlin Builders
9 Barrett Ave.
North Providence, RI 02904