JUN 14 2005

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 05-128S |
| LAUGHLIN BUILDERS, INC., Defendant. | : | |

**AFFIDAVIT OF DONALD LAVIN**
**IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Donald Lavin, being first duly sworn, depose and state as follows:

1. I am the Co-Administrator for the Plasterers and Cement Masons Local 40 Pension Fund, Annuity Fund, and the Health and Welfare Fund. I am also familiar with the operation and administration of the Apprenticeship Fund. The Funds are joint labor-management employee pension and benefits plans, which provide retirement, health and other benefits to members of the Plasterers and Cement Masons Local 40 (hereinafter, "Local 40").

2. The defendant was, at all relevant times, party to a collective bargaining agreement which requires contributions to the Funds based on hours worked for

the defendant by members of Local 40 as well as other employees covered by the collective bargaining agreement.

3. Contributions to the Funds are due by the 20th of the month following the month in which the work was performed. In January of 2003, an audit of Defendant's payroll records revealed that Defendant had failed to report 1533.75 hours to the Fund during the period July 1, 2000 to September 30, 2002. See Exhibit 1.

4. Pursuant to the Trust Agreement(s), interest is accrued annually at the prime rate set by the Bank of America. Interest on the delinquent contributions is in the amount of $3,371.23. See Exhibit 2.

5. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Court shall award a 20% penalty. This penalty is also provided for in the Funds' respective Trust Agreements. Penalties are in the amount of $4,340.54. See Exhibit 2.

6. The Funds have thus far expended costs in the amount of $344 and counsel fees in the amount of $2,635.75 in prosecuting this action.

7. In light of the foregoing figures, the Funds request that the Court enter judgment in the amount of $31,727.48.

8. The foregoing is true and correct to the best of my knowledge.

Dated: Jun 10, 2005

I, Donald Lavin, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Donald Lavin

Subscribed and worn to before me, by Donald Lavin, this 10th day of June, 2005.

NOTARY PUBLIC
My commission expires on: 9/17/05

**CERTIFICATION**

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 14 of June, 2005, to the following party of record:

Paul Laughlin
Laughlin Builders
9 Barrett Ave.
North Providence, RI 02904