# EXHIBIT 1

JGHLIN BUILDERS
HEDULE OF 2000 UNDERREPORTED (OVERREPORTED) HOURS BY FUND TO
ASTERERS' AND CEMENT MASONS' LOCAL # 40 HEALTH AND WELFARE FUND

| | ROAD FUND | BLDG FUND | OTHER | TOTALS |
|---|---|---|---|---|
| -12/31/00 | | | | |
| ;ABBIT | | | | |
| EARNINGS RECORDS | 233 | 0 | 0 | 233 |
| REPORTED TO FUND | 204 | 0 | 0 | 204 |
| DIFFERENCE UNDER (OVER) REPORTED | 29 | 0 | 0 | 29 |
| ;RICE | | | | |
| EARNINGS RECORDS | 132 | | | 132 |
| REPORTED TO FUND | 110 | | | 110 |
| DIFFERENCE UNDER (OVER) REPORTED | 22 | 0 | 0 | 22 |
| /IONDI | | | | |
| EARNINGS RECORDS | 278 | | | 278 |
| REPORTED TO FUND | 255 | | | 255 |
| DIFFERENCE UNDER (OVER) REPORTED | 23 | 0 | 0 | 23 |
| 2000 TOTAL UNDER (OVER) REPORTED | 74 | 0 | 0 | 74 |
| RATES | $9.40 | $12.25 | $12.25 | |
| AMOUNTS OWED (OVERPAID) | $695.60 | $0.00 | $0.00 | $695.60 |

UGHLIN BUILDERS
HEDULE OF 2001 UNDERREPORTED (OVERREPORTED) HOURS BY FUND TO
ASTERERS' AND CEMENT MASONS' LOCAL # 40 HEALTH AND WELFARE FUND

| 2001 | ROAD FUND | BLDG FUND | OTHER | TOTALS |
|---|---|---|---|---|
| BABBIT | | | | |
| EARNINGS RECORDS | 189.5 | 217.25 | 138.5 | 545.25 |
| REPORTED TO FUND | 304.5 | 103 | 0 | 407.5 |
| DIFFERENCE UNDER (OVER) REPORTED | -115 | 114.25 | 138.5 | 137.75 |
| BRICE | | | | |
| EARNINGS RECORDS | 39 | 14.5 | 20 | 73.5 |
| REPORTED TO FUND | 57.5 | 5 | 0 | 62.5 |
| DIFFERENCE UNDER (OVER) REPORTED | -18.5 | 9.5 | 20 | 11 |
| GOMES | | | | |
| EARNINGS RECORDS | 32 | 26 | 28 | 86 |
| REPORTED TO FUND | 58 | 0 | 0 | 58 |
| DIFFERENCE UNDER (OVER) REPORTED | -26 | 26 | 28 | 28 |
| IMONDI | | | | |
| EARNINGS RECORDS | 200.5 | 200.5 | 165 | 566 |
| REPORTED TO FUND | 413 | 115 | 0 | 528 |
| DIFFERENCE UNDER (OVER) REPORTED | -212.5 | 85.5 | 165 | 38 |
| JENNEY | | | | |
| EARNINGS RECORDS | 0 | 11 | 0 | 11 |
| REPORTED TO FUND | 11 | 0 | 0 | 11 |
| DIFFERENCE UNDER (OVER) REPORTED | -11 | 11 | 0 | 0 |
| LAUGHLIN | | | | |
| EARNINGS RECORDS | 140.5 | 224 | 260.5 | 625 |
| REPORTED TO FUND | 260 | 127 | 0 | 387 |
| DIFFERENCE UNDER (OVER) REPORTED | -119.5 | 97 | 260.5 | 238 |
| LAUGHLIN | | | | |
| EARNINGS RECORDS | 156 | 226 | 241 | 623 |
| REPORTED TO FUND | 277 | 129 | 0 | 406 |
| DIFFERENCE UNDER (OVER) REPORTED | -121 | 97 | 241 | 217 |
| PERRAS | | | | |
| EARNINGS RECORDS | 276 | 120.5 | 126.5 | 523 |
| REPORTED TO FUND | 357.5 | 76 | 0 | 433.5 |
| DIFFERENCE UNDER (OVER) REPORTED | -81.5 | 44.5 | 126.5 | 89.5 |
| POOLE | | | | |
| EARNINGS RECORDS | 154 | 204 | 78.5 | 436.5 |
| REPORTED TO FUND | 263.5 | 112.5 | 0 | 376 |
| DIFFERENCE UNDER (OVER) REPORTED | -109.5 | 91.5 | 78.5 | 60.5 |

MAGLIO

| | | | | |
|---|---|---|---|---|
| EARNINGS RECORDS | 3 | 0 | 0 | 3 |
| REPORTED TO FUND | 0 | 0 | 0 | 0 |
| DIFFERENCE UNDER (OVER) REPORTED | 3 | 0 | 0 | 3 |
| 2001 TOTAL UNDER (OVER) REPORTED | -811.5 | 576.25 | 1058 | 822.75 |
| RATES | $9.40 | $12.25 | $12.25 | |
| AMOUNTS OWED (OVERPAID) | -$7,628.10 | $7,059.06 | $12,960.50 | $12,391.46 |

AUGHLIN BUILDERS
CHEDULE OF 2002 UNDERREPORTED (OVERREPORTED) HOURS BY FUND TO
LASTERERS' AND CEMENT MASONS' LOCAL # 40 HEALTH AND WELFARE FUND

| | ROAD FUND | BLDG FUND | OTHER | TOTALS |
|---|---|---|---|---|
| 1-9/30/02 | | | | |
| BABBIT | | | | |
| EARNINGS RECORDS | 32.5 | 199.5 | 8 | 240 |
| REPORTED TO FUND | 0 | 213.5 | 0 | 213.5 |
| DIFFERENCE UNDER (OVER) REPORTED | 32.5 | -14 | 8 | 26.5 |
| IMONDI | | | | |
| EARNINGS RECORDS | 91.5 | 355 | 0 | 446.5 |
| REPORTED TO FUND | 0 | 381 | 0 | 381 |
| DIFFERENCE UNDER (OVER) REPORTED | 91.5 | -26 | 0 | 65.5 |
| LAUGHLIN | | | | |
| EARNINGS RECORDS | 185 | 0 | 42 | 227 |
| REPORTED TO FUND | 0 | 0 | 0 | 0 |
| DIFFERENCE UNDER (OVER) REPORTED | 185 | 0 | 42 | 227 |
| LAUGHLIN | | | | |
| EARNINGS RECORDS | 18 | 327 | 14 | 359 |
| REPORTED TO FUND | 0 | 324 | 0 | 324 |
| DIFFERENCE UNDER (OVER) REPORTED | 18 | 3 | 14 | 35 |
| LAUGHLIN | | | | |
| EARNINGS RECORDS | 4 | 247 | 14.5 | 265.5 |
| REPORTED TO FUND | 0 | 237 | 0 | 237 |
| DIFFERENCE UNDER (OVER) REPORTED | 4 | 10 | 14.5 | 28.5 |
| LAUGHLIN | | | | |
| EARNINGS RECORDS | 100.5 | 0 | 0 | 100.5 |
| REPORTED TO FUND | 0 | 0 | 0 | 0 |
| DIFFERENCE UNDER (OVER) REPORTED | 100.5 | 0 | 0 | 100.5 |
| PERRAS | | | | |
| EARNINGS RECORDS | 113 | 246.5 | 17 | 376.5 |
| REPORTED TO FUND | 0 | 300 | 0 | 300 |
| DIFFERENCE UNDER (OVER) REPORTED | 113 | -53.5 | 17 | 76.5 |
| POOLE | | | | |
| EARNINGS RECORDS | 30.5 | 361 | 19 | 410.5 |
| REPORTED TO FUND | 0 | 333 | 0 | 333 |
| DIFFERENCE UNDER (OVER) REPORTED | 30.5 | 28 | 19 | 77.5 |
| 2002 TOTAL UNDER (OVER) REPORTED | 575 | -52.5 | 114.5 | 637 |
| RATES | $10.45 | $12.70 | $14.70 | |
| AMOUNTS OWED (OVERPAID) | $6,008.75 | -$666.75 | $1,683.15 | $7,025.15 |