# EXHIBIT 2

# SUMMARY OF CLAIM

| MONTH | DUE DATE | HOURS | HOURLY RATE | CONTRIB. OWED | INTEREST RATE | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Road Fund** | | | | | |
| 2000 | 1/20/2001 | 74 | $9.40 | $695.60 | 9.00% | 0 | $0.00 | $0.00 | |
| 2001 | 1/20/2002 | -811.5 | $9.40 | -$7,628.10 | 4.75% | 0 | $0.00 | $0.00 | |
| 2002 | 1/20/2003 | 575 | $10.45 | $6,008.75 | 4.25% | 0 | $0.00 | $0.00 | |
| | | | | -$923.75 | | | $0.00 | $0.00 | $0.00 |
| | | | | **Building Fund** | | | | | |
| 2000 | 1/20/2001 | 0 | $12.25 | $0.00 | 9.00% | 1594 | $0.00 | $0.00 | |
| 2001 | 1/20/2002 | 576.25 | $12.25 | $7,059.06 | 4.75% | 1229 | $1,129.01 | $1,411.81 | |
| 2002 | 1/20/2003 | -52.5 | $12.70 | -$666.75 | 4.25% | 0 | $0.00 | $0.00 | |
| | | | | $6,392.31 | | | $1,129.01 | $1,411.81 | $8,933.14 |
| | | | | **Other** | | | | | |
| 2000 | 1/20/2001 | 0 | $12.25 | $0.00 | 9.00% | 1594 | $0.00 | $0.00 | |
| 2001 | 1/20/2002 | 1058 | $12.25 | $12,960.50 | 4.75% | 1229 | $2,072.88 | $2,592.10 | |
| 2002 | 1/20/2003 | 114.5 | $14.70 | $1,683.15 | 4.25% | 864 | $169.33 | $336.63 | |
| | | | | $14,643.65 | | | $2,242.21 | $2,928.73 | $19,814.59 |
| **Subtotal** | | | | $20,112.21 | | | $3,371.23 | $4,340.54 | $28,747.73 |
| **Attorneys Fees** | | | | | | | | | $2,635.75 |
| **Costs** | | | | | | | | | $344.00 |
| **TOTAL OWED** | | | | | | | | | $31,727.48 |