**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-128S** **DATE: July 26, 2005**

**TITLE:** **Rhode Island Plasterers' and Cement Masons', Local 40 Health and Welfare Fund, et al. v. Laughlin Builders, Inc.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Elizabeth Wiens, Esq.

**PROCEEDING:** Motion for Entry of Judgment by Default

**RULING:** **Witness testimony presented.**
**Court questions witness.**
**Court takes under advisement.**
**R&R to follow.**