UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND PLASTERERS AND CEMENT MASONS, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>LAUGHLIN BUILDERS, INC.<br><br>Defendant. | C.A. No. 05-128S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 2, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiffs' Motion for Entry of Judgment by Default in the amount of $30,803.73 is GRANTED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 8/17/05