AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND PLASTERS AND CEMENT MASONS, ET AL.
V.
LAUGHLIN BUILDERS, INC.

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. No. 05-128S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**DEFAULT JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFFS, RHODE ISALND PLASTERERS' AND CEMENT MASONS', LOCAL 40 HEALTH AND WELFARE FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 PENSION FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 ANNUITY FUND, RHODE ISLAND PLASTERERS' AND CEMENT MASONS' LOCAL 40 APPRENTICESHIP FUND AND DONALD LAVIN, IN HIS OFFICIAL CAPACITY AS CO-ADMINISTRATOR OF THE FUNDS, AGAINST DEFENDANT, LAUGHLIN BUILDERS, INC. IN THE AMOUNT OF $30,803.73.**

August 17, 2005
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk